1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

11
12
13
14
15
16
17
18

LUKE LOMBE,

                  Plaintiff,

   v.

BROOKLYN EARICK,

                  Defendant.

Case No. 8:24-cv-00393-JVS-DFM

**ORDER GRANTING PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(e)(1) AND 4(f)(3) [12]**

19
20
21
22
23
24
25
26
27
28

ORDER GRANTING PLAINTIFF'S
MOTION FOR ELECTRONIC SERVICE OF PROCESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter has come before the Court on Plaintiff Luke Lombe's Motion for Electronic Service of Process Pursuant to Federal Rules of Civil Procedure 4(e)(1) and 4(f)(3). After full consideration of all papers and submissions, the Court finds as follows:

The Motion is GRANTED.

It is further ORDERED that Defendant is directed to be served by Plaintiff with the Summons, Complaint, and other case initiating documents by email at brooklyn.earick@gmail.com.

IT IS SO ORDERED.

Dated: April 18, 2024

_____
Judge of the United States
District Court

ORDER GRANTING PLAINTIFF'S
MOTION FOR ELECTRONIC SERVICE OF PROCESS