NESS PLLC
Eliyahu Ness (Bar No. 311054)
eness@nesslegal.com
12100 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
(213) 294-4322

Attorneys for Defendant
BROOKLYN EARICK

# UNITED STATES DISTRICT COURT
## CENTRAL DSTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE LOMBE | CASE NO: |
| Plaintiff, | 8:24-cv-00393-JVS-DFM |
| v. | Third Joint Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) |
| BROOKLYN EARICK | Complaint served: April 25, 2024 |
| Defendant. | Current response date: June 7, 2024 |
| | New response date: June 14, 2024 |

IT IS HEREBY STIPULATED by and between Plaintiff Luke Lombe and Defendant Brooklyn Earick, through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed his Complaint (ECF 1) on February 23, 2024;

WHEREAS, on April 25, 2024, Plaintiff served Defendant via email pursuant to the Court's April 18, 2024 Order permitting electronic service, making the response date May 16, 2024;

WHEREAS Local Rule 8-3 provides:

1

> A stipulation extending time to respond to the initial complaint shall be filed with the Clerk. If the stipulation, together with any prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge.

WHEREAS, the parties previously stipulated to an extension of Defendant's time to respond from May 16 to May 30, 2024;

WHEREAS, the parties stipulated to an additional extension of Defendant's time to respond to June 7, 2024;

WHEREAS, the parties have now stipulated to an additional extension of Defendant's time to respond to June 14, 2024;

WHEREAS, the cumulative total time extended pursuant to this stipulation and the previous stipulations is less than 30 days from the date the response initially would have been due;

NOW THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. Defendant's last day to file his pleading in response to the Complaint on file in this matter is extended from June 7, 2024, to June 14, 2024.

**IT IS SO STIPULATED AND AGREED.**

[SIGNATURES ON NEXT PAGE]

1

2

3

Dated: June 6, 2024

Respectfully submitted,

4

5

*s/ Omar Khan*

6

Omar Khan (SBN 320189)
Industria Business Lawyers LLP
1128 20th St, #6
Santa Monica, CA 90403
(330) 812-0702
m.khan@iblpartners.com
*Attorneys for Plaintiff LUKE LOMBE*

7

8

9

10

11

Dated: June 7, 2024

Respectfully submitted,

12

13

*s/ Eliyahu Ness*

14

NESS PLLC
Eliyahu Ness (SBN 311054)
eness@nesslegal.com
12100 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
(213) 294-4322
*Attorneys for Defendant BROOKLYN EARICK*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ATTESTATION**

2

I, Eliyahu Ness, hereby attest, pursuant to United States District Court,

3

Central District of California Local Rule 5-4.3.4(a)(2), that all other signatories

4

listed and on whose behalf the filing is submitted concur in this filing's content

5

and have authorized the filing.

6

7

8

Dated: June 7, 2024

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*s/ Eliyahu Ness*

Eliyahu Ness (SBN 311054)
NESS PLLC

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE
THAN 30 DAYS (LOCAL RULE 8-3)